ANDREW WENTWORTH GATES, APPELLANT, v. THE STATE OF NEVADA, RESPONDENT.

No. 9251

June 29, 1977                    565 P.2d 654

*Morgan D. Harris,* Public Defender, and *Herbert F. Ahlswede,* Deputy Public Defender, Clark County, for Appellant.

*George E. Holt,* District Attorney, and *H. Leon Simon,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

On the authority of, and for the same reasons stated in, Smith v. State, 93 Nev. 82, 560 P.2d 158 (1977), we affirm the judgments of the trial court.